Circuit Court for Prince George's County
Case No. CAL22-01728
Argued: March 4, 2022

IN THE COURT OF APPEALS
OF MARYLAND

No. 63

September Term, 2021

_____

PRINCE GEORGE'S COUNTY

v.

ROBERT E. THURSTON, et al.

_____

Getty, C.J.,
Watts
Hotten
Booth
Biran
Gould
McDonald, Robert N.
    (Senior Judge, Specially Assigned)
        JJ.

_____

PER CURIAM ORDER

_____

Filed: March 7, 2022

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

| PRINCE GEORGE'S COUNTY | * | IN THE |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | COA-REG-0063-2021 |
| | * | No. 63 |
| ROBERT E. THURSTON, et al. | * | September Term, 2021 |

## PER CURIAM ORDER

Upon consideration of the filings by Prince George's County, Petitioner, and Robert E. Thurston, et al., Respondents, and oral argument conducted in the above-captioned case on March 4, 2022,

**WHEREAS**, on January 31, 2022, the Circuit Court for Prince George's County issued an "Order of Court and Declaratory Judgment," permanently enjoining Prince George's County, Maryland and the Prince George's County Council from implementing or otherwise presenting the redistricting plan passed by resolution in CR-123-2021 to any entity charged with acting upon or implementing the County's redistricting plan,

**WHEREAS**, the Circuit Court for Prince George's County ordered that the redistricting plan in CR-123-2021 be immediately withdrawn and that the Prince George's County Redistricting Commission's plan be submitted to all entities charged with acting upon or implementing the County's redistricting plan,

**WHEREAS**, the Circuit Court for Prince George's County ordered that any publication of the redistricting plan in CR-123-2021 immediately cease and desist or that

the plan be otherwise withdrawn from public view to the extent practicable and within the control of the County and/or Council,

For reasons to be stated later in an opinion to be filed, it is this <u>7th</u> day of March, 2022,

**ORDERED**, by the Court of Appeals of Maryland, that the "Order of Court and Declaratory Judgment" issued on January 31, 2022 by the Circuit Court for Prince George's County, be, and it is hereby, AFFIRMED in all respects; and it is further

**ORDERED**, that the redistricting plan prepared by the Commission and submitted to the Council on September 1, 2021, which became effective by operation of law under Section 305 of the Charter for Prince George's County on November 30, 2021, shall be used for all purposes in acting upon or implementing the County's redistricting plan; and it further

**ORDERED**, that costs are to be paid by the Petitioner and the mandate is to issue forthwith.

<u>/s/ Joseph M. Getty</u>
Chief Judge
